UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHARLES WILLIAMS,                          )   Case No. CV 11-3303 PA (FFM)
                                           )
                        Petitioner,        )
                                           )   JUDGMENT
            v.                             )
                                           )
G.D. LEWIS,                                )
                                           )
                        Respondent.        )
_____      )

     Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: November 9, 2012

_____
PERCY ANDERSON
United States District Judge